No. 72–1628.   TELEPROMPTER CORP. ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and

No. 72–1633.   COLUMBIA BROADCASTING SYSTEM, INC., ET AL. *v.* TELEPROMPTER CORP. ET AL.   C. A. 2d Cir. Motion of National Cable Television Assn., Inc., for leave

to file a brief as *amicus curiae* in No. 72–1628 granted. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 476 F. 2d 338.